united States of America
United States District Court
District of massachusetts

RECEIVED 1-26
Clerk's Office
USDC, Mass.
Date 9-24-10
By CMG
Deputy Clerk

Plaintiff:

MARCUS B. DiGGS Jr

V.

Commonwealth of Massachusetts
Boston Police officer Timothy mILLS
Boston Police officer Peter Garabedian
Boston municipal Court
1) Probation officer Gregory Plamthile
2) Chief of Probation
3) Boston Police officer Cris Adams

**10 CA 11688 JLT**

Civil No#_____

MAGISTRATE JUDGE Boal

federal Civil Right(s) Law Suite
4th amendment Civil Right Violation
Against false Arrest false Indictment
Common-Law Right(s) against malicious
Prosecution and " Abuse of Process.
* 42 USCA 1983 *

1) The "Plaintiff" is a natural Citizen of Boston
massachusetts and is a natural Citizen of
the United States of America.

## federal Cort Jurisdiction

The Plaintiff Asserts his federal Rights
under the Constitution Pursant to
* 42 U.S.C.A 1983 *

## factal Predicate

On Sunday" August 16, 2009" officers
Peter Corabedian and Timothy mille in the
A10aD unit Responded to "A Radio Call" for "A"
Person with a Knife at 11 Delacavette ave
Chancy Street, Boston mass.

Upon Arrival to the scene officers observed
P.O Adams and P.O. Henriquez "already" on
scene. officer Corabedian and Adams ordered
the Plaintiff / Suspect (Diego marcus b.4.65)
out of the vehicle who was laying across the
font Seat of a (Copy wissan Xterra R6 88 wv71)
and onto the Ground. while the officers
were securing the suspect outside the vehicle,
officer Henriquez, upon hearing the Driver mrs
Chi whah Leing, scream "take my son out of
here Get him out of the Car", numerous times
went to the back Seat of the Car and
safely removed the child from his Car seat, and
officer mille went to the Drivers side front
Door to assist the victim, mrs chi whah
Leing. out the vehicle.

3-26

2.) The Defendants are Police officer Timothy mills, Boston Police Dept AREA A-1 40 Sudbury Street Boston mass 02114 and is a natural citizen of the United States.

3) The Defendant Boston Police officer Peter Gerakedian, AREA-A-1 40 Sudbury Street, Boston mass 02114, and is a natural citizen of the United States)

4) The Defendant, as Represented is the Commonwealth of massachusetts and is Represented by the office of the Attorney General at:

5) The Defendant Boston municipal Court Probation officer Gregory Pamphile of 24 new Chardon st, Bmc Court Boston mass 02114 1st floor, is being sued in his individual and official com capacity

6) The Defendant Chief of Probation of Bmc Court ( ) is also of 24 new Chardon st, Boston, mass 02114 is being sued in his individual and official capacities, Both Probation Personel are not immune from suit here under either Qualified or Absolute immunity.

_Social Predicate_
Continued

The officers spoke to one of the victims, Mr. Paul Bright, a Bus Driver for the Beach Hill Bus Line, who stated that the suspect (Diggs) ran onto the bus, which had approximately 20-25 passengers on board, with a "open" switch blade knife in his hand. The suspect (Diggs) repeatedly yelled (don't touch me) while running up and down the bus isle. Mr. Bright while assisting passengers in getting off the bus, noticed that the suspect had dropped the "open" knife on the floor. Mr. Bright stated that while the suspect attempted to climb under a seat on the bus, he picked up the knife and placed it in his pocket. Mr. Bright after securing the knife assisted the rest of the passengers off the bus and to safety. The suspect then exited the bus and began running towards Washington St. the suspect doubled back and headed back to the bus. The suspect then laid down in the middle of Ave Delaware and blocked the victim from moving her car.

The officers, spoke to the other victim, Ms. Chi whah Leng, who stated that she was driving down the street with her infant son in the back seat, when she noticed the suspect lying in the street. So she pulled off to the side of the street making look up at the sign to see if it was a parking spot, when she turned back around toward the street, the suspect opened the car door and entered the vehicle and tried to take the keys away from her. The victim and the suspect struggled. The suspect then reached and accelerate the motor vehicle by the gas pedal stepped on the brake after the car moved slightly. the suspect was struggling and attempting to remove her foot from the brake and hit the gas. the suspect got the car in reverse and hit the gas.

5-26

_____ factual Predicate _____
continued

The victim was able to Place the vehicle in Park and Pulled the keys out of the ignition and gave them to a Passerby out her window. So the suspect couldn't get the car.

(Officers)... requested the Boston fire to evaluate the victim and her son, who were treated at the scene and released. The (A906 Sgt. McBrien) arrived on scene and Requested an "A-1 Detective" to the scene to take Photographs. officer mills recovered the knife at the scene and Placed it on the Hood to be Photographed. The (AC) Dyrc the (A-112D mckenzie) then secured the weapon at the scene and trued it over to officer Graudean to be Logged into evidence.

The suspect was transported to Area A-1 for Booking. The suspect is being charged with:
 (1) Car Jacking
 (2) Assault by means Knife
 (3) Carrying Dangerous weapon (Knife)

6-26

United States Constitution
4th Amendment Violation
Against Arrest without
Probable-Cause, Arrest on a
False Pretence - False Imprisonment

The Plantiff States that the Boston
Police (Defendants) falsely Arrested
him on Aug ,2008 And falsely charged
him as well as false Imprisoned him.
The Defendant(s) knew or had reason to
know that they were Arresting the
Plantiff Against "Clearly established rights"
* Albright v. Oliver 114 S.ct. 807 *

The Defendant P.o. Peter Carabedian wrote
his Report so as to "Conceal" the identity
the officer who took statement(s) from
Particular witness-Victim and freely
did "Doctor" his report and falsify the
same but omitting key information see
Grand Jury minutes of Paul Bright At
R/A PAGE 59 At Lines 3-8 where alledged
victim Paul Bright told the Grand Jury
that he "never" seen a knife in the
Plantiff's hand (At All) And Again
In the Grand Jury minutes) R/A At
PAGE 11, Lines 9-12 where Alledged victim
ms chi whom being Could not Identify
the suspect As Any (Particular) person
except to say it was a Black Person

(officers) Lied In their Police report
and In their testimony At the
Plaintiffs Probation Surrender on
Sept 19, 2008 In Boston municipal Cart
on Docket 0701 CR 7470 before the Honorable
Cart Lawrence mc Cormack.

Particularly officer mills was the first
to testified at the final Surrender, and
officer mills was Directly examined by
District Attorney "Brenden murphy" under
Swarn-oath and was asked as follws:

<u>Question(s)</u>   R/A 14 = R/A 15#

Line(25)   we ask her what happened?

<u>R/A 15#</u>

Line(1)   what was Going on?
Line(4)   what did She Say?
Line(5)   She Said She was Coming up
Line(6)   Ave Dorivelle toward chancy she
          she watced A man Line In the
          street. She.

Line(7)   stooped at that Point, and she said
          she looked to her left to

Line(8)   allow a Large Crowd Gathering on the
          Left hand side. and when she

Line(9)   Looked back she said her passenger
          Side door was being cleared

8-26

But the Police Report of officer Carrabedian belies the version of officer mills. because officer Carrabedian's report At: R/A 1 4th Paragraph states as follows:

Ms. Lang Looked-up to see if it was A parking spot (ie at the sign) and when she turned back around towards the street the suspect opened the Car Door.

The officers (Lied) to the Judge at the Plaintiff's Probation violation hearing as to the Alledged Incident and In the Police Report    First Alledging A Large Crowd before the suspect entered. And in the police report, ms. Lang was looking At a parking spot-sign and then the suspect opened the Car door.  Both Account) fail to paint the same Circumstance.

Lies of Timothy mills
to Bruce Court Lawrence mc Cormack As to Paul Bright saying Plaintiff had a knife.

Officer Timothy mills did (Lie) and falsify his Account of the Incident as contained In the Report of officer Peter Carrabedian, he Purposely Lied with the Intent to cause the Plaintiff to be Keep In Incarcerated at Walpole Day

9-26

House of Correction And did cause Judge
are command to fredy sentence the
Plantiff on " Sept 19, 2008".

Officer mills told the Judge in Bmc
Court on "Sept 19 2008. that Paul
Bright told him that the Plantiff
ran onto his Bus with a open knife
In his hand, See: R/A Page 19 #
Line@ 23-25 And Also R/A 20, Lines 1-13.

Timothy mills " explicitly" told the Judge
that Paul Bright told him I ran onto his
Bus with A knife. But Paul Bright Disavows
ever telling such a lie. Paul Bright went
to the Grand Jury on: Nov 4 2008 See:
R/A at Page 59- Lines 3-8. where
MR Bright was Asked by ADA
DANA PIERCE:

_____ Question _____ Paul Bright

Line (3)... The man who ran on your Bus
          did you ever see a

Line (4)... Knife In His Hand?

Line (5)... "NO I did it

10-26

Grand Jury Testimony
of Paul Bright

Record Appendix
PG# 59 - Line(s) 13-15

Line (13)    As you approached him and tapped
             him on the shoulder

Line (14)    did you notice anything on the
             floor of the Bus

Line (15)    yeah, the knife that I found
             a switch blade.

Officer mills "Perjury"
Before Judge L. mc Cormack

On Sept 19, 2008 officer mills R/A PG 84
was sworn under oath "to the Truth" at
the Plaintiffs final Probation Surrender and
did falsify the statements of Bush Hill
Bus Driver Paul Bright.

Timothy mills was asked by Ada Brenden
Murphy on (Page ■) of the Record Appendix

PG 84 R/A

Line (23)   and what did mr Bright tell you?
Line (24)   mr Bright Told me that he
            was in the Drivers seat of the

Line (25)  Bus with the door open. Letting
the Passengers on to the trio

(R/a Page 20)

Line (1)   when the Suspect (mr. Diggs)
Entered the Bus with a open
Line (2)   Switch-Blade Knife.

Officer mills lied "Committed Perjury"
And did So Knowingly, And willfully with
intent to Cause Judge mc Cormack to
Revoke the Plaintiffs Probation. See:
Judge mc Cormick's finding & order on Docket
(0701 cr-2470) on Sept 19, 2008. Record
Appendix Page 97th where the Judges specific
finding was based solely upon the
Testimony of Timothy mills - Peter Garabedian
the Plantiff was Committed to 25 yrs at
Suffolk County House of Correction.

The Plaintiff was falsely arrested,
falsely Charged and falsely imprisioned
on August , 2008 on the charges of:
    1) Carrying a Dangerous weapon
    2) Assault by means (knife) on Paul Bright)

12-26

Because mr. Bright under "oath" in a
Court of Record "special Grand Jury" on
explicitly said he "never"
seen the plaintiff with a knife. But
rather, he found a knife on the floor
In fact the Police report of Peter
Garabedian said that Paul Bright
told officers that (He) Allegedly seen
Mr. Diggs Drop the knife this is a
Direct lie. read Paul Bright Grand
Jury testimony at R/A PG 58 Line 13-15.

These officers Purposely lied to Place
a knife in the Plaintiff's hands).

( Car Jacking )

The officers, mills and Garabedian
Lied in their report and to the BMC
Court on Docket 0701 CR 7470 before
Judge Mc. Carmack They Alleged that
They spoke with Ms Chi whah Leng
At the scene But this is a 100%
lie because Ms Leng is a Asian
woman, who is "Cantonese" and
can not speak English. See:
Record Appendix Page 68. Line 14-18
where Ms Leng before the special
Grand Jury on "oct 22, 2008" required
a "interpreter" Ms AwwA yee

13-26

This is the reason why the Police (Report & ms Leung's Grand Jury testimony (Do not) match. The fact is that ms Leng Could not Identify the Defendant to the Grand Jury see: R/a PAGE 76, Line(s) 11-12.

Line(11): I can not recall what Kind of feature he has, But.

Line(12): All I remember he's a Black Person!

The alleged victim ms Leng could not describe any Person what so ever except to say he was a Black Person, yet officers Lied and said that ms Leng Identified the Plaintiff See: Police Report R/a Page I*

## Abandonment of Charge(s)
withdrawl of Charge(s) by
Ada Dawn Pierce. Esq
Britten v. maloney 81 supp 25

The Plaintiff States that the Common-wealth "formally abandoned the charges on Docket 0801 CR 6257 on "Nov 18th, 2008" and or Presented the Case and the Grand Jury "voted" no Bill" and the Commonwealth withheld that information

from the Plaintiff See: R/A PAGE 95* & 96*
where the Suffolk County Grand Jury
withdrew & Abandoned the Arrest offense
of "Timothy Mills & Peter Garabedian,
See Also: R/A Page# 105 Bmc Court Docket
Sheet(s) Showing Case Dismissed in Bmc
Central (4) want of Prosecution.


The Plaintiff also References the fact(s)
as Contained in the Bmc Docket of
0801 CR 6257" that the Court violated the
massachusetts" Rules of Court" by holding
the Plaintiff defendant" without Probable"
Cause hearing Pursuant to his Statutory
Right under GLC 276. 38-41-42 and
allowed the Case to be Continued for
(5) months" over" the Plaintiff's objection
The Plaintiff was made to be in a
Continual State of Anxiety and depression
See: Docket Sheet Bmc Court At R/A Page
109  wo# 26 (Dated 12-24-08), where the
Plaintiff filed motion to Dismiss for the
Bmc Court not following the Rule(s) of
Court. and motion was Denied.

15-26

## Argument

The Plaintiff states that the Defendants Timothy mills & Ofer Gardarian knowinly and willfully violated his state and constitutional rights by Arresting him on ~~false pretense~~ with out "probable cause" they fabricated Circumstantial evidence with respect to an "Assault with a knife on a one Paul Bright, then came to my Probation violation hearing And perpetuated ~~that~~ lie and caused my false Prosecution And ~~false~~ incarceration for 2.5 yrs. of which I served 12 months before Judge mc cormack revesed the revocation of Probation see R/A page 98-99.

officer mills "knew" that Paul Bright ~~found~~ a knife on his Bus. but chose to lie and tell Judge mc Cormack And the Police Dept that I Dropped the knife. and ~~that I had run onto the bus~~ with a open knife in hand ~~this~~ (s) was a lie, and thats why! Judge mc Cormack "revesed" him self

16-26

Probation Dept And
P.o Gregory Pamphile Bme Cart
Chief of Probation

Both of the above named Plaintiffs
are not immune from a Civil rights
Law suite Absoulter or Qualified, And
I seek Damages from both IN
this matter for knowingly and willfully
Depriving me of my Liberty And
freedoms under the united states
Constitution federal and state in
their Individual and official Capacities.

I marcus B Diggs Jr state that
the Probation Dept Proceeded Against
me on Docket 0701 CR 7470 without
first Complying with the Clear
Directive(s) of masser Rules of Cart for
Probation violation(s) in the municipal
Cart Dept Rule 8# the Cart and the
Probation Dept Cramvented Rule 8#
And merely Arraigned me on
August , 2008 on Docket 0801 CR 6257
And never Conducted a Preliminary
Hearing on the Question of Probable
Cause to Issue a Probation Detainer
the Cart used the Arrangement
Procedure(s) under CdLc 258 to issue a
Detainer.

17-26

The Plaintiff afforded Held on a
$ 100,000 Cash bail by Judge Coyne was
illegally Detained.

As the Commissioner of Probation
requires that a hearing on a Probation
Violation be "no Later" than (7) days under
Rule 3 - Rule 7 of the Rules for Probation
Violations. but that the Court / Probation
Dept can only continue the matter for
more than 30 days "without a Defendant(s)
waiver.

The Defendant - Plaintiff waived waived any
right(s) but the Probation Dept. employed
a Dilitory - Tactic as a Judicial Subterfuge
In order to icerate the Plaintiff.

Commonwealth v Calvo #1 ma. App ct 903
Commonwealth v Maggio 414 mass 193
Commonwealth v Rubera

The Plaintiff States that the Chief
Probation officer and P.O Gregory Pomphile
knew of. And had reason to know of
The Strictures of Calvo - Maggio Supra ie

That the "mere" filing of Criminal
Charges Against a Probationer is not
Enough to Show a violation of
Probation.

18-26

The Probation Dept. knows this and both the PO MR Pamphile and MR both acted maliciously in seeking and in asking for revocation and Imposition of a 25 yr term.

failure to follow the strictures of Calvo-maggio, shows a Deliberate indifference to the Plaintiffs substantive rights to Due Process State and federal, the Defendant Denied the Plaintiff Equal Protection of the Law by acting contrary to Calvo-maggio supra,

### Due Process Denial

The Probation officers MR Pamphile & MR _____ In Circumventing the Defendant Plaintiff's rights to present evidence at the final Surrender is the exact cause of action in this regard. because the wisdom of Calvo-maggio Clearly State that a Probationer would not have a realistic chance to meet the evidence against him or present his Defense,

The hearing Judge Lawrence McCormack Denied the Defendant the Rights Afforded (the) under Comm v. Calvo-maggio. ie to meet the evidence against him. see R/A Page(s) 52-65 the Grand Jury testimony of Paul Bright. Also R/A Page 66-94 Grand

19-26

Lost Testimony of one Chi-winh Leng
where the Plaintiff filed "incident Summons"
on "Jan 16 2009" → See R/A PAGE 107 of
The Bmc Docket 0801 CR 6257 and was
not honored by the office of the
Clerk. Summons one Leng and mr bright.

The Defendant(s) Probation officer(s)
know that Com v. CAIVO - Com v
MAGGIO "SUPRA" over turns their
Practise under RUDERA v Com At

The Bmc Court Probation Dept &
Defendants are engaged in the
Circumvention of Due-Process as
Advanced in CAIVO-MAGGIO, SUPRA. And
Incorrected into to the Practise of the
complete opposite under "RUDERA"

— use of excessive force —

I. The Plantiff states that the officers Detained and broke the Plantiffs Left Shoulder In arresting Him, and failed to record on their report "Any" Injury.

I Marcus B. Diggs Jr. do state that officers In Arresting me really did twist my Arm so hard behind my Back and slammed me to the Grand that both manuvers caused serious Injury to my Left shoulder I was taken to the Boston medical known as new england medical Center. After and cry after I complained about the "extensive pain" In my Left shoulder I was held In the cell in Area A1 for 1 hour with a broken shoulder, and then the officer(s) told "ems" that the injury was self inflicted which is a Lie I was treated And Given A sling to Put my Arm in, and did not Learn that my bone(s) were actually broken "until" I was surrendered In South Bay Hoc About nov or Dec of 2008 "After" I kept complaining of

Pain in mid shailder.

— Statement of evidence —

That the record Appendix Attached to hereto is Subject to "Amendment" In that I have medical records at New England-medical Center And at Lemuel Shattuck Hospital i.e. MRI images, And medical Records at Suffolk County Hoc medical Dept And that I Am In the Process Of Acquiring them, I Am waiting to Get Stamps from the Canteen at MCI Concord. As of 9-14-10, therefore the Appendix is Subject to Amendment.

— Damages —

I, Ask that this Honorable Cart Grant Him the following monitary Damages Against the Defendants

## Officer Timothy Mills

I Marcus B. Diggs Ask that I be Awarded 2.5 million from officer mills for false - Arrest false Imprisonment on August 6,2008 at axe Dorchette. for Giving false Statements to P.O. Peter Garabedian As contained in the Arrest Report R/A PAGE I

The Plaintiff Further ask that this Cart award him the Amont of 2.5 million Against officer mills for Knowingly And willfully Lying At his Probation revocation hearing on Sept 19,2008 before Judge mc Cormack with the Intent falsely Imprision Him. And did so Imprision him at South Bay Hoc for 2.5 yrs. See: R/A PAGE 97 Judge mc Cormacks finding And order.

(Also) See: R/A PAGE 98-99 Judge mc Cormack(s) reversal of his "order" revoking Plaintiffs Probation and Stating The Grands there of

On the Basis that Paul Bright did
not testified that Plaintiff had a Knife
at all (See: Grand Jury minutes) at
R/a Page 59 - Line 3-8.

The Plaintiff states that he suffered
immeasurable pain and emotional pain
from the actions of officer mills
the stigmatation of having to forego the
Legal Process embarrassment humiliation
of Incarceration, and "immeasurable"
Anxiety relating to this matter
I ask for an additional Judgement
of 1.5 million. Against officer mills for
the responsible Conduct that Caused
me the pain & suffering as Aforementioned.

_____ Officer Garabedian _____

I. the Plaintiff ask that the Honorable
Court Award him to Amount of 3.5 million
Against officer Garabedian for filing
A false police report as proven in the
order of Judge McCormack R/A Page 98-99
the Defendant based his report on the
Collective effort of all officers on the
Scene But did not himself interview a
Single alleged-victim See: R/A Page(s)
31 Line(s) 20-24 and Again R/A Page(s) 35
Line(s) 11-25, where Plaintiff Cross-examined
Mr Garabedian.

This officer knew and had reason to
know of the falsehood of the Shadow
Evidence given to him. his reliance
on "Good Faith" Exception is no
Defense to his failure to interview the
witnesses Recently. Ms. Leng does'nt
even speak english. see R/A Page 68
lines) 14-18 of Grand Jury minutes

I also ask for a judgement against
officer Garabedian for use of excessive
force. The plantiff states that officer
Garabedian and Cis Adame both
used excessive force in pulling the plantiff
As alledged from the vehicle and did
thereby break and dislocate His left
shoulder. Humeral Head fracture, medical
Records "forth Coming" see R/A Page )
89 lines 17-24 of Grand Jury minutes )
Also probation transcript R/A Page (s)
30 line) 2-8. where officer Garabedian
Admits to use of excessive force
Also "Grand Jury minutes of Po
Garabedian R/A Page 88 lines 1-12
where both Mr. Garabedian and
Mr. Adame used excessive force
and Broke the plantiff shoulder
line(7)

25.26

I ask that I be awarded to and Additional 2.5 million for the Cruel and usual Punishment the use of excessive force by officer(s) Adams and Cardosian on August 16, 2008

Boston municial Cart

That I be Awarded 2.5 million Against the Commonwealth for false Imprisonment As reflected in the Judges order releasing the Plantiff from South Bay Hoc on Aug 5 2009 The Bmc Cart. I e the Commonwealth "reversed" it's revocation order, knowing that when Evidence received from the Defendant was (is) Exculpatory in nature SEE: R/A page 98-99 And the Cart knew that it's Denial of Due Process impared my "Defense" which it Subsequently Allowed me to Present over (2) days. But the Cart Denied me Due Process. that is Awarded in Com v Calvo 41 mass 902 Com v maggio 4121 mass 192, that I Accused but was denied the equal Protection of the Law) ie Prior-Decisional Law(s) S)C And

Appeals Courts - Addendum to the Appendix to Be "filed" subsequently that will contain medical records and further Probation Transcripts

The Plaintiff respectfully prays that this Court enter judgement Against the defendants after a full Jury Trial.

— Jury Trial Demand —

I, Marcus B. Diggs ask that this case be ordered for a full Jury Trial

Respectfully Submitted

Marcus B. Diggs Jr. Pro Se

Sept 16 2010

Certificate of Service

All Parties served In BMC Court on Sept 16 2010
Transcript Aside