UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCUS B. DIGGS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 10-11688-JLT |
| | * |
| TIMOTHY MILLS, et al., | * |
| | * |
| Defendants. | * |

ORDER

July 21, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Defendants' <u>Motion to Dismiss the Plaintiff's Complaint</u> [#29] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

                                             /s/ Joseph L. Tauro
                                            United States District Judge